**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWINA FRANKLIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE JERSEY CITY HOUSING AUTHORITY, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br><br>　　　　Defendants. | Civil Action No. 23-2002 (SDW) (CLW)<br><br>**ORDER**<br><br>June 17, 2024 |

**WIGENTON, District Judge.**

**THIS MATTER** having come before this Court upon *pro se* Plaintiff Edwina Franklin's ("Plaintiff") Third Motion for Default Judgment (D.E. 37 ("Motion")) against Defendant Jersey City Housing Authority ("JCHA") pursuant to Federal Rule of Civil Procedure 55(b)(2) and JCHA's Motion to Vacate Default entered against it on April 1, 2024, and this Court having considered the parties' submissions, for the reasons stated in this Court's Whereas Opinion dated June 17, 2024,

**IT IS**, on this 17th day of June 2024,

**ORDERED** that JCHA's Motion to Vacate Default is **GRANTED**;

**ORDERED** and Plaintiff's Motion is **DENIED** as moot; and it is further **ORDERED** that JCHA shall file an answer, motion, or other responsive pleading within thirty (30) days from the filing of this Order.

**SO ORDERED.**

                                                      /s/ Susan D. Wigenton
                                             **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
        Cathy L. Waldor, U.S.M.J.