UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

EDWINA FRANKLIN,

        Plaintiff,

v.

THE JERSEY CITY HOUSING AUTHORITY, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

        Defendants.

Index No. 23-2002 (SDW) (CLW)

STIPULATION OF DISMISSAL
WITH PREJUDICE

THE MATTER in difference in the above-captioned action having been amicably adjusted by and between plaintiff and defendant the Jersey City Housing Authority (and the matter in difference between plaintiff and defendant Secretary, Department of Housing and Urban development having previously been dismissed on motion), it is hereby stipulated and agreed that any and all claims filed, or that could have been filed, in this matter are hereby dismissed with prejudice, and without costs against any party.

                                        Wilson, Elser, Moskowitz,
                                        Edelman & Dicker LLP
                                        *Attorneys for Defendant,*
                                        *The Jersey City Housing Authority*

*Edwina Franklin*, Pro Se

Dated: 6-26-2025

By:   /s/Robert C Neff Jr.
Robert C. Neff, Jr., Esq.

Dated: 08/11/2025

---

**SO ORDERED.**

s/ *Susan D. Wigenton*
**HON. SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**
Dated: August 12, 2025